JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EHM PRODUCTIONS, INC.,       )      Case No.: CV 10-5880 DSF (CWx)
         Plaintiff,       )

      vs.        )      JUDGMENT

JOHN DOES 1-10,       )
         Defendants.      )

_____ )

     The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff not having timely responded,

     IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, and that the action be dismissed without prejudice.

       1/6/11

Dated: _____       _____
                          Dale S. Fischer
                    United States District Judge